IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ZACHARY D. GREEN,

    Plaintiff,

v.                                CASE NO. 1:18-cv-136-MW-GRJ

SERGEANT LYNN, et al.,

    Defendants.

_____/

## **REPORT AND RECOMMENDATION**

Plaintiff initiated this case by filing ECF No. 1, a *pro se* motion for temporary restraining order enjoining Defendants from utilizing excessive force or retaliating against Plaintiff. The Court struck the motion because Plaintiff failed to file a complaint on the proper court-approved civil rights complaint form and failed to file the $400.00 civil case filing fee or a motion for leave to proceed as a pauper. ECF No. 3. The Court gave Plaintiff until August 18, 2018, to file an amended complaint and either pay the filing fee or file a motion to proceed as a pauper. *Id.* at 2.

Further, the Court warned Plaintiff that failure to file an amended complaint in the allotted time will result in a recommendation to the district judge that this case be dismissed without further notice for failure to prosecute and failure to comply with an order of this Court. *Id.*

After Plaintiff did not respond to the order to amend, the Court sent Plaintiff a show-cause order on August 22, ordering Plaintiff to comply with the order to amend or show cause in writing as to why his case should not be dismissed for failure to comply with a court order and failure to prosecute. ECF No. 4. The show-cause order was mailed to Plaintiff's address at Lancaster Correctional Institution in Trenton, Florida, but was returned as undeliverable on August 31, apparently because the wrong inmate number was written on the order. ECF Nos. 5 & 6.

Although the clerk's office re-mailed the show-cause order with the correct inmate number the order was returned with the notation that Plaintiff was not confined at that institution. ECF Nos. 7 & 8. A search of the Florida Department of Corrections web site revealed that Plaintiff was transferred to the Zephyrhills Correctional Institution in Zephyrhills, Florida, but Plaintiff never updated his address with the Court. Accordingly, the clerk's office mailed a copy of the show-cause order to Plaintiff at Zephyrhills CI on October 1, 2018. As of the date of this report and recommendation, the show-cause order sent to Zephyrhills CI has not been returned to sender.

Further, Plaintiff has not complied with the Court's order to amend by filing an amended complaint and either paying the filing fee or filing a motion to proceed as a pauper.

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED** for failure to prosecute and failure to comply with an order of the Court.

**IN CHAMBERS** this 13th day of November 2018.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge

### NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof. <u>Any different deadline that may appear on the electronic docket is for the Court's internal use only, and does not control.</u> A copy of objections shall be served upon all other parties. If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.** *See* **11th Cir. Rule 3-1; 28 U.S.C. § 636.**