IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ZACHARY D. GREEN,

    Plaintiff,

v.                                            Case No. 1:18cv136-MW/GRJ

SERGEANT LYNN, et al.,

    Defendants.

_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 9. Upon consideration, no objections having been filed by the parties,[1]

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED** for failure to prosecute and failure to comply with an order of this Court." The Clerk shall close the file.

**SO ORDERED on December 14, 2018.**

                                                  s/Mark E. Walker          
                                                  **Chief United States District Judge**

---

[1] Plaintiff has failed to keep the Clerk advised of his current mailing address as evidenced by returned mail. ECF Nos. 8, 7, and 5.